R. R. FOY v. A. & N. C. RAILROAD, from Craven; *W. D. McIver* and *L. J. Moore,* for plaintiff; *Simmons & Ward* and *W. C. Monroe,* for defendant. *Per Curiam:* Affirmed.

STATE v. R. and S. BURKE, from Lenoir; *Attorney-General,* for State; *T. C. Wooten,* for defendant. *Per Curiam:* Affirmed.

JOSEPH DUNN v. W. & W. RAILROAD Co., from Duplin; *A. D. Ward,* for plaintiff; *Junius Davis* and *H. L. Stevens,* for defendant. Petition to rehear dismissed.

B. C. BECKWITH, Administrator, v. R. & G. RAILROAD, from Wake; *Peele & Maynard,* for plaintiff; *Day* and *T. B. Womack,* for defendant. *Per Curiam:* Affirmed.

A. J. MCKINNON v. TRANSPORTATION Co., from Robeson; *Patterson & McCormick* and *McLean & McLean,* for plaintiff; *R. E. Lee,* for defendant. *Per Curiam:* Affirmed.

MURTEE HUGGINS v. W. & W. RAILROAD Co., from Robeson; *J. D. Shaw, Jr.,* and *A. W. McLean,* for plaintiff; *G. M. Rose,* for defendant. *Per Curiam:* Affirmed.

RODMAN-HEATH COTTON MILLS v. TOWN OF WAXHAW, from Union; *Adams & Jerome,* for plaintiff; *Redwine & Stack,* for defendant. Petition of plaintiff to rehear dismissed.

A. E. HENDLY v. J. P. MCINTYRE, from Anson; *J. A. Lockhart,* for plaintiff; *Bennett & Bennett,* for defendant. *Per Curiam:* Affirmed.

W. H. OSBORN v. M. T. LEACH, from Guilford; *T. M. Argo, J. T. Morehead* and *King & Kimball,* for plaintiff; *Armistead Jones, J. A. Barringer* and *F. H. Busbee,* for defendant. *Per Curiam:* Affirmed.

C. T. JOHNSON v. G. S. BRADSHAW ET AL., from Randolph; *J. T. Morehead* and *W. J. Gregson,* for plaintiff; *J. T. Brittain,* for defendant. *Per Curiam:* Affirmed.

J. M. SHARPE v. So. RAILWAY Co., from Iredell; *George*